B1 (Official Form 1) (4/10)

| **UNITED STATES BANKRUPTCY COURT**<br>Southern District of New York | **VOLUNTARY PETITION** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Chemtura Canada Co./Cie | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Crompton Co./Cie | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):<br>5047 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>Purdy's Warf, Tower One, 1100-1959 Upper Water Street<br>Halifax, Nova Scotia, Canada<br>ZIP CODE B3J3N2 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Canada | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>25 Erb Street<br>Elmira, Ontario, Canada<br>ZIP CODE N3B3A3 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)
  _____

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other
  Manufacturing

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [✓] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [✓] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ✓ | ☐ |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ✓ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): Chemtura Canada Co./Cie |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: See Exhibit 1, attached | Case Number: | Date Filed: |
| District: Southern District of New York | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B1 (Official Form) 1 (4/10) | Page 3 |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** Chemtura Canada Co./Cie |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

Date

### Signature of Attorney*

X  *M. Natasha Labovitz*
Signature of Attorney for Debtor(s)
M. Natasha Labovitz
Printed Name of Attorney for Debtor(s)
Kirkland & Ellis LLP
Firm Name
601 Lexington Ave
New York, NY 10022
Address
(212) 446-4800
Telephone Number
August 8, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  *[signature]*
Signature of Authorized Individual
Noel C. Blake
Printed Name of Authorized Individual
Regional Comptroller/Canada and Latin America
Title of Authorized Individual
August 8, 2010
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CHEMTURA CANADA CO./CIE, | ) Case No. 10-_____ (REG) |
| | ) |
| Debtor. | ) Joint Administration Requested |
| | ) |

## LIST OF CREDITORS HOLDING THE 20 LARGEST UNSECURED CLAIMS

The above-captioned debtor (the "**Debtor**") filed a voluntary petition for relief under title 11 of chapter 11 of the United States Code. The following is the list of the Debtor's creditors holding the 20 largest unsecured claims (the "**List**") based on the Debtor's books and records as of approximately August 8, 2010 (the "**Petition Date**"). The List is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in this chapter 11 case. The List does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101(31) or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. None of these creditors is a minor child. The information contained herein shall not constitute an admission of liability by, nor shall it be binding on, the Debtor. The information herein, including the failure of the Debtor to list any claim as contingent, unliquidated or disputed, does not constitute a waiver of the Debtor's right to contest the validity, priority or amount of any claim. Although some amounts may remain uninvoiced as of the Petition Date, the parties listed below are the only parties in the Debtor's accounts payable system as of the Petition Date.

| | Name, telephone number and complete mailing address, including zip code of employee, agent or department of creditor familiar with claims who may be contacted. | Nature of claim. (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff. | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| 1. | Heraeus Metal Processing Inc<br>PO Box 910468<br>Dallas, TX, USA 75391-0468 | Trade | N/A | C$5,288.07 |
| 2. | Minister of Finance - Ontario<br>PO Box 620 Taxation Data Centre<br>Oshawa, ON, Canada L1H 8E9 | Health Tax | N/A | C$2,366.45 |
| 3. | Aevitas Inc.<br>75 Wanless Court<br>Ayr, ON, Canada N0B 1E0 | Trade | N/A | C$958.85 |
| 4. | Levitt-Safety Limited<br>2872 Bristol Circle<br>Oakville, ON, Canada L6H 5T5 | Trade | N/A | C$738.62 |
| 5. | Bell Canada<br>PO Box 1550<br>North York, ON, Canada M3C 2X7 | Telecom | N/A | C$655.42 |
| 6. | Neopost Leasing Services CDN Ltd.<br>150 Steelcase Rd West<br>Markham, ON, Canada L3R 3J9 | Trade | N/A | C$338.84 |
| 7. | Cosmotrax Inc<br>93 Dalegrove Cres.<br>Toronto, ON, Canada M4W 1E6 | Trade | N/A | C$273.00 |

## DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 U.S.C. § 1746, I, Noel C. Blake, the Regional Comptroller, Canada and Latin America, for Chemtura Corporation, declare under penalty of perjury that I have reviewed the foregoing list of creditors holding the 20 largest unsecured claims and that it is true and correct to the best of my information and belief.

Dated: August 8, 2010

_____
Noel C. Blake
Regional Comptroller, Canada and Latin America

K&E 17390321

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CHEMTURA CANADA CO./CIE, | ) Case No. 10-_____ (REG) |
| | ) |
| Debtor. | ) Joint Administration Requested |
| | ) |

## EXHIBIT "C" TO VOLUNTARY PETITION OF CHEMTURA CANADA CO./CIE

**1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary).**

None.

**2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary).**

The Debtor is not aware of any definition of "imminent and identifiable harm" as used in this form. The Debtor does not believe it owns or possesses property that poses or is alleged to pose a threat of such harm. The Debtor owns or possesses certain property that is subject to investigation or remediation under environmental laws.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  | ) |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CHEMTURA CANADA CO./CIE, | ) | Case No. 10-_____ (REG) |
|  | ) |  |
| Debtor. | ) | Joint Administration Requested |
|  | ) |  |

## EXHIBIT 1 – PENDING BANKRUPTCY CASES
## OF CHEMTURA CANADA CO./CIE'S AFFILIATES

| Name | Case No. | Date Filed | District | Relationship | Judge |
|---|---|---|---|---|---|
| Chemtura Corporation | 09-11233 | March 18, 2009 | S.D.N.Y. | Affiliate | Hon. Robert E. Gerber |
| A&M Cleaning Products, LLC | 09-11234 | March 18, 2009 | S.D.N.Y. | Affiliate | Hon. Robert E. Gerber |
| Aqua Clear Industries, LLC | 09-11231 | March 18, 2009 | S.D.N.Y. | Affiliate | Hon. Robert E. Gerber |
| ASCK, Inc. | 09-11235 | March 18, 2009 | S.D.N.Y. | Affiliate | Hon. Robert E. Gerber |
| ASEPSIS, Inc. | 09-11236 | March 18, 2009 | S.D.N.Y. | Affiliate | Hon. Robert E. Gerber |
| BioLab Company Store, LLC | 09-11237 | March 18, 2009 | S.D.N.Y. | Affiliate | Hon. Robert E. Gerber |
| BioLab Franchise Company, LLC | 09-11238 | March 18, 2009 | S.D.N.Y. | Affiliate | Hon. Robert E. Gerber |
| Bio-Lab, Inc. | 09-11239 | March 18, 2009 | S.D.N.Y. | Affiliate | Hon. Robert E. Gerber |
| BioLab Textile Additives, LLC | 09-11240 | March 18, 2009 | S.D.N.Y. | Affiliate | Hon. Robert E. Gerber |
| CNK Chemical Realty Corporation | 09-11241 | March 18, 2009 | S.D.N.Y. | Affiliate | Hon. Robert E. Gerber |
| Crompton Colors Incorporated | 09-11242 | March 18, 2009 | S.D.N.Y. | Affiliate | Hon. Robert E. Gerber |
| Crompton Holding Corporation | 09-11244 | March 18, 2009 | S.D.N.Y. | Affiliate | Hon. Robert E. Gerber |
| Crompton Monochem, Inc. | 09-11245 | March 18, 2009 | S.D.N.Y. | Affiliate | Hon. Robert E. Gerber |
| GLCC Laurel, LLC | 09-11246 | March 18, 2009 | S.D.N.Y. | Affiliate | Hon. Robert E. Gerber |
| Great Lakes Chemical Corporation | 09-11247 | March 18, 2009 | S.D.N.Y. | Affiliate | Hon. Robert E. Gerber |
| Great Lakes Chemical Global, Inc. | 09-11249 | March 18, 2009 | S.D.N.Y. | Affiliate | Hon. Robert E. Gerber |
| GT Seed Treatment, Inc. | 09-11250 | March 18, 2009 | S.D.N.Y. | Affiliate | Hon. Robert E. Gerber |
| HomeCare Labs, Inc. | 09-11251 | March 18, 2009 | S.D.N.Y. | Affiliate | Hon. Robert E. Gerber |
| ISCI, Inc. | 09-11252 | March 18, 2009 | S.D.N.Y. | Affiliate | Hon. Robert E. Gerber |
| Kem Manufacturing Corporation | 09-11253 | March 18, 2009 | S.D.N.Y. | Affiliate | Hon. Robert E. Gerber |
| Laurel Industries Holdings, Inc | 09-11254 | March 18, 2009 | S.D.N.Y. | Affiliate | Hon. Robert E. Gerber |

| Name | Case No. | Date Filed | District | Relationship | Judge |
|---|---|---|---|---|---|
| Monochem, Inc. | 09-11255 | March 18, 2009 | S.D.N.Y. | Affiliate | Hon. Robert E. Gerber |
| Naugatuck Treatment Company | 09-11256 | March 18, 2009 | S.D.N.Y. | Affiliate | Hon. Robert E. Gerber |
| Recreational Water Products, Inc. | 09-11257 | March 18, 2009 | S.D.N.Y. | Affiliate | Hon. Robert E. Gerber |
| Uniroyal Chemical Company Limited (Delaware) | 09-11258 | March 18, 2009 | S.D.N.Y. | Affiliate | Hon. Robert E. Gerber |
| Weber City Road LLC | 09-11259 | March 18, 2009 | S.D.N.Y. | Affiliate | Hon. Robert E. Gerber |
| WRL of Indiana, Inc. | 09-11260 | March 18, 2009 | S.D.N.Y. | Affiliate | Hon. Robert E. Gerber |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CHEMTURA CANADA CO./CIE, | ) Case No. 10-_____ (REG) |
| | ) |
| Debtor. | ) Joint Administration Requested |
| | ) |

**CORPORATE OWNERSHIP STATEMENT AND
LIST OF EQUITY SECURITY HOLDERS**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure and Rule 1007-3 of the Local Bankruptcy Rules for the Southern District of New York, the following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of Chemtura Canada Co./Cie's (the "**Debtor**") equity interests and list of equity security holders. The Debtor also incorporates herein by reference, Exhibit A to the *Declaration of Stephen Forsyth, Executive Vice President and Chief Financial Officer of Chemtura Corporation, In Support of First Day Pleadings of Chemtura Canada Co./Cie*, filed contemporaneously herewith.

| Corporate Entity | Class of Equity Held | Percentage of Equity Held |
|---|---|---|
| Crompton European Holdings B.V. | Common | 100% |

## DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 U.S.C. § 1746, I, Noel C. Blake, the Regional Comptroller, Canada and Latin America, for Chemtura Corporation, declare under penalty of perjury that I have reviewed the foregoing corporate ownership statement and that it is true and correct to the best of my information and belief.

Dated: August 8, 2010

_____
Noel C. Blake
Regional Comptroller, Canada and Latin America

# RESOLUTIONS OF THE BOARD OF DIRECTORS OF
# CHEMTURA CANADA CO./CIE (THE "COMPANY")

**WHEREAS**, the Board of Directors (the "Board") reviewed and considered the materials presented by the Company's management team and the financial and legal advisors of the Company (the "Materials") regarding the terms of a plan of reorganization and related disclosure statement for the Company's parent and/or affiliates who are debtors (the "Debtors") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

**WHEREAS**, the Materials contemplate that the Company will file a voluntary petition for relief under chapter 11 of title 11 of the Bankruptcy Code thereby becoming a Debtor, including for the purposes of the plan of reorganization, and will file an application for relief under Part IV of the Canadian *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended (the "CCAA"); and

**WHEREAS**, the Board has had the opportunity to consult with the Company's management team and the financial and legal advisors to the Company and to fully consider each of the strategic alternatives available to the Company;

**NOW THEREFORE BE IT**:

I. **Voluntary Petition Under the Provisions of Chapter 11 of the United States Bankruptcy Code**

   **RESOLVED**, that in the judgment of the Board of the Company, it is desirable and in the best interests of the Company, its creditors and other parties in interest, that the Company file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of the Bankruptcy Code and Part IV of the CCAA; and

   **RESOLVED**, that the officers of the Company (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers be, and they hereby are, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists and other motions, papers or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business; and

   **RESOLVED**, that the Authorized Officers be, and they hereby

are, authorized and directed to employ the law firm of Kirkland & Ellis LLP as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and, in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Kirkland & Ellis LLP; and

**RESOLVED**, that the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Goodmans LLP as special counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code and the CCAA and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and, in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case and CCAA proceeding, and cause to be filed an appropriate application for authority to retain the services of Goodmans LLP; and

**RESOLVED,** that the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of Alvarez & Marsal Canada Inc. as business advisors to represent and assist the Company in carrying out its duties under the Bankruptcy Code and the CCAA, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case and CCAA proceeding; and

**RESOLVED,** that upon filing of the chapter 11 case, the Authorized Officers be, and they hereby are, authorized and directed to nominate the firm of Alvarez & Marsal Canada Inc. to be the Information Officer in the CCAA proceeding, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and compensation immediately upon such filing; and

**RESOLVED**, that the Authorized Officers be, and they hereby are, authorized and directed to employ any other professionals to

assist the Company in carrying out its duties under the Bankruptcy Code and the CCAA; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case CCAA proceeding and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and

II. **Further Actions and Prior Actions**

**RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the officers of the Company or their designees shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such officer or officers' judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the Resolutions adopted herein; and

**RESOLVED**, that all acts, actions and transactions relating to the matters contemplated by the foregoing Resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing Resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

**IN WITNESS WHEREOF,** the undersigned, being all of the directors of the Company, sign the foregoing resolutions in accordance with the provisions of the *Nova Scotia Companies Act*.

**DATED** as of the 8th of August, 2010

/s/ Noel Blake
Noel Blake
Director


/s/ Billie S. Flaherty
Billie S. Flaherty
Director


/s/ Sean O'Connor
Sean O'Connor
Director

IN WITNESS WHEREOF, the undersigned, being all of the directors of the Company, sign the foregoing resolutions in accordance with the provisions of the *Nova Scotia Companies Act*.

DATED as of the 8 th of August, 2010

*[signature]*
_____
Noel Blake
Director


_____
Billie S. Flaherty
Director


_____
Sean O'Connor
Director

IN WITNESS WHEREOF, the undersigned, being all of the directors of the Company, sign the foregoing resolutions in accordance with the provisions of the *Nova Scotia Companies Act*.

DATED as of the 5th of August, 2010

_____
Noel Blake
Director

*[signature: Billie S. Flaherty]*
_____
Billie S. Flaherty
Director

_____
Sean O'Connor
Director

IN WITNESS WHEREOF, the undersigned, being all of the directors of the Company, sign the foregoing resolutions in accordance with the provisions of the *Nova Scotia Companies Act*.

DATED as of the 8 th of August, 2010

_____
Noel Blake
Director


_____
Billie S. Flaherty
Director


_____/s/ Sean O'Connor_____
Sean O'Connor
Director